Chrystine M. **LAWSON**, an individual; **Campus Labor Action Coalition**, an unincorporated association, Plaintiffs–Appellants,

v.

**CITY OF SANTA BARBARA**, a municipal corporation; **Mike Carpenter**; **Richard C. Johns**, in their official capacity, Defendants–Appellees.

No. 01–56150.

United States Court of Appeals, Ninth Circuit.

Filed Dec. 27, 2002.

Daniel P. Tokaji, ACLU Foundation of Southern California, Los Angeles, CA, Gilbert Gaynor, Santa Barbara, CA, for Plaintiffs–Appellants.

Janet K. McGinnis, Asst. City Atty, Santa Barbara, CA, for Defendants–Appellees.

Before WALLACE, KOZINSKI and PAEZ, Circuit Judges.

### ORDER

The previous opinion, filed November 13, 2002, is withdrawn, and a memorandum disposition is filed in its stead.